FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 02 2017 ★

LONG ISLAND OFFICE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| POWER UP LENDING GROUP, LTD. | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) Civil Action No. |
| v. | ) **CV-17 5749** |
| FBEC WORLDWIDE, INC., | )<br>) |
| *Defendant(s)* | ) |

WEXLER, J.
LINDSAY, M.J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

FBEC Worldwide, Inc., 1621 Central Avenue, Cheyenne, Wyoming 82001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)—you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Naidich Wurman LLP
> 111 Great Neck Road – Suite 214
> Great Neck, NY 11021

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: OCT - 2 2017

*Signature of Clerk or Deputy Clerk*