UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

POWER UP LENDING GROUP, LTD.,     X     Case No.: 2:17 –cv-5749
                                                      (LDW)(ARL)

                Plaintiff(s),

                                           **DEFENDANT'S**
-against-                                      **INITIAL DISCLOSURE**

FBEC WORLDWIDE INC.,

                Defendant(s),
                                            X

---

       Defendant, FBEC Worldwide, Inc., as and for its initial disclosure pursuant to FRCP Rule 26(a)(1), shows and alleges as follows:

i. The name, address and telephone number of the individuals likely to have discoverable information in this action are Jeffrey Greene, 1621 Central Avenue Cheyenne, Wyoming 82001, 1-800-785-4089.

ii. A description by category and location of the documents that the defendant has in its possession that would support its claim are as follows:

     a. The Convertible Promissory Note dated January 23, 2017; and the Second Note dated February 15, 2017;

     b. Emails between Defendant, Plaintiff and Plaintiff's representatives.

The foregoing documents are in the possession of all parties hereto.

iii. A computation of all damage is not yet complete.

iv. There are no business insurance policies that would be applicable to this matter.

Dated: New York, New York  
       February 28, 2018

Respectfully Submitted,

*/s/ Lorraine M. Medeiros*

Lorraine M. Medeiros, Esq.  
Attorney for Defendant,  
56 Ferry Street, Suite 1,  
Newark, New Jersey 07105  
T: 973-589-1785  
F: 973-589-0603

1180 Avenue of the Americas  
8th Floor  
New York, New York 10036

TO:    Richard S. Naidich (RSN-4102)  
          Naidich Wurman, LLP  
          111 Great Neck Road, Suite 214  
          Great Neck, New York 11021  
          (516) 498-2900