UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**     **ARLENE R. LINDSAY**          DATE: 3/8/2018
                United States Magistrate Judge
                                               TIME: 1:40 p.m.

**DOCKET NO: CV 17-5749 (LDW)**

**CASE: Power Up Lending Group, Ltd. v. FBEC Worldwide Inc.**

  **X**   **INITIAL CONFERENCE**

  ___   **STATUS CONFERENCE**                    **BY TELEPHONE  X**

  ___   **SETTLEMENT CONFERENCE**

  ___   **FINAL CONFERENCE**

  ___   **DISCOVERY CONFERENCE**

           **APPEARANCES:**     **FOR PLAINTIFF:**     **FOR DEFENDANTS:**

                                Robert P. Johnson      Lorraine M. Medeiros

The following rulings were made:

     A telephone status conference is scheduled for April 17, 2018 at 12:00 p.m.  The Court will initiate the conference. The call in instructions are as follows: The dial in number is (888) 684-8852. At the prompt enter access code 7625765.

**SO ORDERED:**

_____/s/_____
