UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**     **ARLENE R. LINDSAY**          **DATE: 4/17/2018**
            United States Magistrate Judge
                                                **TIME: 12:00 p.m.**

**DOCKET NO: CV 17-5749 (JS)**

**CASE: Power Up Lending Group, LTD v. FBEC Worldwide Inc.**

\_\_\_  **INITIAL CONFERENCE**
\_X\_  **STATUS CONFERENCE**                    **BY TELEPHONE  X**
\_X\_  **SETTLEMENT CONFERENCE**
\_\_\_  **FINAL CONFERENCE**
\_\_\_  **DISCOVERY CONFERENCE**

            **APPEARANCES:**     **FOR PLAINTIFF:**     **FOR DEFENDANTS:**

                                Robert Johnson          Lorraine Medeiros

**The following rulings were made:**

    A further status conference is scheduled for June 18, 2018 at 12:00 p.m. The Court will initiate the conference. The call in instructions are as follows: The dial in number is (888) 684-8852. At the prompt enter access code 7625765.

                                **SO ORDERED:**
                                _____/s/_____