**LAW OFFICES
OF
LORRAINE M. MEDEIROS, ESQ.**
A LIMITED LIABILITY COMPANY

Main Office
56 FERRY STREET, SUITE 1
NEWARK, NEW JERSEY 07105
TEL: 973-589-1785
FAX: 973-589-0603

MEMBER NJ & NY BARS
BY APPOINTMENT ONLY
NEW YORK ADDRESS
1180 AVENUE OF THE AMERICAS
8TH FLOOR
NEW YORK, NEW YORK 10036
TEL: 212-703-7994

FILE # 1041 LT

September 19, 2018

Honorable Arlene R. Lindsay
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

RE: Power Up Lending Group, Ltd. v. FBEC Worldwide Inc.
Case No.: 17-cv-5749 (LDW) (ARL)

Dear Honorable Lindsay:

Please be advised that this office represents FBEC Worldwide, Inc., the Defendant in the above captioned matter. Please consider this letter as a request for an adjournment to the conference scheduled for tomorrow, September 20, 2018 at 2:00 p.m., the reason for my request is that Ms. Medeiros is still out of the office sick and cannot be available to appear tomorrow. There are two other matters scheduled for tomorrow, one in Essex County, and the other in Hudson County that I have to adjourn as well. Therefore, I am requesting that your Honor consider my request and adjourn this matter for a later date, if possible for October 4th, October 8th or October 11th.

If you have any questions, please do not hesitate to contact the office.

Respectfully yours,

Marta Sousa
Paralegal at the
Law Offices of Lorraine M. Medeiros, Esq.

cc:    Naidich Wurman, LLP
       Attn: Robert P. Johnson, Esq.
       and Attn: Richard S. Naidich, Esq.
       (Via email only)